## Dawn DURAND

v.

## STATE.

### No.(s) 82–14–M.P., 81–622–M.P.

Supreme Court of Rhode Island.

Jan. 20, 1982.

Paula Rosin, William J. Conley, Jr., Janice M. Weisfeld, Asst. Public Defenders, for petitioner.

 

Dennis J. Roberts II, Atty. Gen., Judith Crowell, Special Asst. Atty. Gen., for defendant.

## ORDER

The within petitions for writ of habeas corpus are both denied.